IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL F. JENNINGS,<br><br>         Petitioner,<br><br>vs.<br><br>AUDREY K. KING, Acting Executive Director, Coalinga State Hospital,<br><br>         Respondent. | No. 2:14-cv-00056-JKS<br><br>ORDER<br>[Re: Motion at Docket No. 31] |

      This Court denied Paul F. Jennings, a state prisoner proceeding *pro se*, habeas relief and a certificate of appealability on June 26, 2015.  Docket Nos. 24, 25.  Jennings timely filed a notice of appeal dated July 7, 2015.  Docket No. 26.  At Docket No. 31, Jennings filed a request for a certificate of appealability.  Because this Court has already denied Jennings a certificate of appealability, it appears that Jennings inadvertently filed his motion with this Court rather than the Court of Appeals.

      **IT IS THEREFORE ORDERED THAT** the Clerk of Court is directed to transfer Jennings' Motion for a Certificate of Appealability at Docket No. 31 to the Ninth Circuit Court of Appeals.

      Dated: July 28, 2015.

                                                  /s/James K. Singleton, Jr.<br>
                                                  JAMES K. SINGLETON, JR.<br>
                                                  Senior United States District Judge