IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL F. JENNINGS,<br><br>                    Petitioner,<br><br>vs.<br><br>AUDREY K. KING, Acting Executive Director, Coalinga State Hospital,<br><br>                    Respondent. | No. 2:14-cv-00056-JKS<br><br>ORDER<br>[Re: Order at Docket No. 40] |

       This Court denied Paul F. Jennings, a civil detainee proceeding *pro se*, habeas relief and a certificate of appealability on June 26, 2015.  Docket Nos. 24, 25.  Jennings timely filed a notice of appeal dated July 7, 2015.  Docket No. 26.  The record indicates that the Ninth Circuit Court of Appeals likewise denied him a certificate of appealability on April 12, 2016.  Docket No. 39.

       While his appeal was pending, Jennings additionally moved for reconsideration of this Court's denial of his habeas petition, Docket No. 34, which this Court also denied on December 4, 2015.  Docket No. 35.  Jennings likewise appealed the denial of his reconsideration motion.  Docket No. 36.  The Ninth Circuit remanded the case to this Court for the limited purpose of determining whether a certificate of appealability should issue with respect to the denial of Jennings' reconsideration motion.  Docket No. 40.

       **IT IS THEREFORE ORDERED THAT**, upon examination of the record and the filings, the Court declines to issue a Certificate of Appealability with respect to Jennings' reconsideration motion.  *See* 28 U.S.C. § 2253(c); *Banks v. Dretke*, 540 U.S. 668, 705 (2004) ("To obtain a certificate of appealability, a prisoner must 'demonstrat[e] that jurists of reason

could disagree with the district court's resolution of his constitutional claims or that jurists could conclude the issues presented are adequate to deserve encouragement to proceed further.'" (*quoting Miller-El v. Cockrell*, 537 U.S. 322, 327 (2003)).  Any further request for a Certificate of Appealability must be addressed to the Ninth Circuit Court of Appeals.  *See* FED. R. APP. P. 22(b); 9TH CIR. R. 22-1.

      Dated: July 14, 2016.

/s/James K. Singleton, Jr.
JAMES K. SINGLETON, JR.
Senior United States District Judge