IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL F. JENNINGS,<br><br>      Petitioner,<br><br>  vs.<br><br>AUDREY K. KING, Acting Executive Director, Coalinga State Hospital,<br><br>      Respondent. | No. 2:14-cv-00056-JKS<br><br>ORDER<br>[Re: Motion at Docket No. 46] |

   This Court denied Paul F. Jennings, a civil detainee proceeding *pro se*, habeas relief and a certificate of appealability on June 26, 2015 ("Order"). Docket Nos. 24, 25. Jennings timely filed a notice of appeal dated July 7, 2015. Docket No. 26. The record indicates that the Ninth Circuit Court of Appeals likewise denied him a certificate of appealability on April 12, 2016. Docket No. 39. While his appeal was pending, Jennings additionally moved for reconsideration of this Court's denial of his habeas petition, Docket No. 34, which this Court also denied on December 4, 2015. Docket No. 35. Jennings likewise appealed the denial of his reconsideration motion, Docket No. 36, which the Ninth Circuit denied on August 19, 2016, Docket No. 45.

   At Docket No. 46, Jennings again moves for reconsideration of this Court's Order, this time alleging that the Court erred in failing to grant him an evidentiary hearing on the claims raised in his Petition. But as the Court discussed in its Order, Jennings has failed to assert a colorable claim for relief as to any of his claims, which are foreclosed by California state law. Jennings therefore fails to show that he is entitled to an evidentiary hearing.

**IT IS THEREFORE ORDERED THAT** Jennings' motion for reconsideration at Docket No. 46 is **DENIED**.

**IT IS FURTHER ORDERED THAT** the Court declines to issue a Certificate of Appealability. *See* 28 U.S.C. § 2253(c); *Banks v. Dretke*, 540 U.S. 668, 705 (2004) ("To obtain a certificate of appealability, a prisoner must 'demonstrat[e] that jurists of reason could disagree with the district court's resolution of his constitutional claims or that jurists could conclude the issues presented are adequate to deserve encouragement to proceed further.'" (quoting *Miller-El v. Cockrell*, 537 U.S. 322, 327 (2003)).  Any further request for a Certificate of Appealability must be addressed to the Ninth Circuit Court of Appeals.  *See* FED. R. APP. P. 22(b); 9TH CIR. R. 22-1.

Dated: March 27, 2017.

/s/James K. Singleton, Jr.
JAMES K. SINGLETON, JR.
Senior United States District Judge